**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2538**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALL EQUIPMENT, MATERIALS AND DEVICES, USED AND INTENDED TO BE USED IN MAKING COUNTERFEIT SECURITIES AND COUNTERFEIT FEDERAL RESERVE NOTES, INCLUDING ONE COMPAQ 150I MONITOR, ONE COMPAQ PRESARIO 7180 HARD DRIVE, TWO COMPAQ SPEAKERS, ONE SISCO SHREDDER, ONE UMAX SCANNER, ONE POWERSTRIP, ONE COMPAQ KEYBOARD, ONE EPSON STYLUS COLOR PRINTER, MISCELLANEOUS COMPUTER CABLES, ONE PREMIER PAPER CUTTER, TWENTY-THREE COMPUTER DISCS, AND ONE BOX OF INK JET PAPER,

Defendant,

EDWARD THOMAS ILLSLEY,

Claimant - Appellant,

and

GAILYA J. ILLSLEY,

Claimant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-98-54-3)

---

Submitted:  April 29, 1999              Decided:  May 4, 1999

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Thomas Illsley, Appellant Pro Se.  Gurney Wingate Grant, II, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Thomas Illsley appeals the district court's order granting summary judgment for the Government in this forfeiture action brought under 18 U.S.C. § 492 (1994).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. All Equipment, Materials and Devices, No. CA-98-54-3 (E.D. Va. Sept. 29, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED